HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
MICHAEL HEARON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:22-cr-00292 JLT |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING** |
| vs. | ) ) | Old Date:   March 27, 2023 |
| MICHAEL HEARON, | ) ) | Old Time:   10:00 a.m. |
| Defendant. | ) ) ) ) | New Date:  May 22, 2023
New Time: 10:00 a.m.
Judge: Hon. Jennifer L. Thurston |

By this stipulation, the parties move to continue the disposition hearing until May 22, 2023.

The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel represents that she needs additional time to meet with Mr. Hearon and procure more records, including his mother's death certificate.

b. The government agrees to and does not oppose defendant's request to continue the disposition hearing.

c. The disposition hearing in this matter should be continued to May 22, 2023, at 10:00 a.m.

United States Probation Officer Preap does not oppose the request to continue.

| | | |
|---|---|---|
| 1 | DATED: March 16, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender |
| 6 | | Attorney for MICHAEL HEARON |
| 7 | DATED: March 16, 2023 | PHILLIP A. TALBERT |
| 8 | | United States Attorney |
| 9 | | */s/ Kirk Sherriff* |
| 10 | | KIRK SHERRIFF<br>Assistant United States Attorney |
| 11 | | Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders a disposition hearing on May 22, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 16, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE