HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
MICHAEL HEARON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:22-cr-00292 JLT |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING** |
| vs. | ) ) | Old Date: May 22, 2023 |
| MICHAEL HEARON, | ) ) | Old Time: 10:00 a.m. |
| Defendant. | ) ) ) ) | New Date: August 21, 2023 New Time: 10:00 a.m. Judge: Hon. Jennifer L. Thurston |

By this stipulation, the parties move to continue the disposition hearing until August 21, 2023.

The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel represents that she needs additional time to meet with Mr. Hearon after he undergoes a medical procedure.

b. The government agrees to and does not oppose defendant's request to continue the disposition hearing.

c. The disposition hearing in this matter should be continued to August 21, 2023, at 9:00am.

United States Probation Officer Mamaril on behalf of USPO Preap does not oppose the request to continue.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: May 12, 2023 | Respectfully submitted, |
| 3 |   | HEATHER E. WILLIAMS |
| 4 |   | Federal Defender |
| 5 |   | */s/ Noa E. Oren* |
| 6 |   | NOA E. OREN<br>Assistant Federal Defender |
| 7 |   | Attorney for MICHAEL HEARON |
| 8 | DATED: May 12, 2023 | PHILLIP A. TALBERT |
| 9 |   | United States Attorney |
| 10 |   | */s/ Kirk Sherriff* |
| 11 |   | KIRK SHERRIFF<br>Assistant United States Attorney |
| 12 |   | Attorney for Plaintiff |

Stipulation and [~~Proposed~~] Order to Continue Disposition Hearing

*United States v. Hearon*, 1:22-cr-00292-JLT

ORDER

On December 6, 2022, the Court set this matter for sentencing on January 12, 2023 (Doc. 10). Before the Court is the fourth stipulation to continue the sentencing hearing (Doc. 18). Throughout the stipulations, counsel have provided little detail for the continuances. (Docs. 12, 14, 16) Now, defense counsel states she needs to speak to the defendant after he undergoes a medical procedure. This level of detail is insufficient to allow the Court to evaluate the requests. There is no basis for the Court to consider a three-month extension. Consequently, though the Court will **GRANT** a continuance to **July 10, 2023 at 10:00 a.m.**, it does not anticipant granting any further continuances.

IT IS SO ORDERED.

Dated:   **May 12, 2023**                              _____
                                                                            UNITED STATES DISTRICT JUDGE