1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4

5  Attorney for MICHAEL SCOTT HEARON

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00292 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| MICHAEL SCOTT HEARON, | DATE:  May 15, 2025 |
| Defendant. | TIME:  9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Nicole Vanek, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Michael Hearon, that the admit/deny hearing in this matter, currently scheduled for May 15, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on May 22, 2025, at 9:30 a.m. for further admit/deny hearing. On the Court's own motion, the matter was previously scheduled to May 15, 2025. Defense counsel is unavailable on the currently-scheduled hearing date.

//
//
//
//

05/08/25

| | | | |
|---|---|---|---|
| DATED: | May 8, 2025 | /S/ | Nicole Vanek |
| | | | MICHELE BECKWITH |
| | | | Acting United States Attorney |
| | | | by NICOLE VANEK |
| | | | Attorney for Plaintiff |
| DATED: | May 8, 2025 | /S/ | Clemente M. Jiménez |
| | | | CLEMENTE M. JIMÉNEZ |
| | | | Attorney for Michael Hearon |

## ORDER

IT IS SO ORDERED, that the admit/deny hearing in the above-entitled matter, scheduled for May 15, 2025, at 9:30 a.m., be vacated and the matter continued for further admit/deny hearing on May 22, 2025, at 9:30 a.m.

This 8th day of May 2025

_____
Troy L. Nunley
Chief United States District Judge

05/08/25